UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAUL OHAEGBU,

    Petitioner,

v.                                                    CASE NO. 6:05-cv-1329-Orl-19DAB
                                                                  (6:92-cr-035-Orl-19DAB)

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

This case is before the Court on the following motions:

1.    Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 5, filed February 2, 2006) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $255.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.    Petitioner's Notice of Appeal is construed as a Request for a Certificate of Appealability (Doc. No. 6, filed February 2, 2006). This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a

substantial showing of the denial of a constitutional right; therefore, the request for a certificate of appealability is **DENIED**.

      **DONE AND ORDERED** at Orlando, Florida, this  7th   day of February, 2006.

*/s/ Patricia C. Fawsett*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 2/7
Counsel of Record
Paul Ohaegbu